IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PAULISHA TANNER,<br><br>  Defendant. | **Case No.:** CR 19–291 JD<br><br>**STIPULATION AND ORDER CONTINUING HEARING** |

The above-entitled matter is currently scheduled for trial setting before this Court on Wednesday, January 22, 2020. The parties are close to resolution, but are not prepared to proceed with that resolution on January 22nd. Accordingly, the parties jointly stipulate and move this Court for a continuance of the hearing set before this Court from January 22, 2020 to February 19, 2020 at 10:30 a.m.

Counsel for both parties need additional time to investigate and finalize the resolution, and stipulate that time may be excluded from the speedy trial clock pursuant to 18 U.S.C. 3161(h)(7)(B)(iv).

Therefore, for good cause shown the hearing currently scheduled on January 22, 2020 shall be vacated. The matter shall be continued until February 19, 2020 at 10:30 a.m. for resolution or trial setting.

//

//

//

//

//

1   The Court finds that the ends of justice served by granting this continuance outweigh the
2  best interest of the public and defendant in a speedy trial, and accordingly excludes time under
3  the Speedy Trial Act until the new date. The Court finds this exclusion necessary to permit for
4  the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS SO STIPULATED.

| | |
|---|---|
| January 21, 2020<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
| | /S<br>HIGHSMITH, CHRISTIAAN<br>Assistant United States Attorney |
| January 21, 2020<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>GRAHAM ARCHER<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| January 21, 2020<br>Dated | HON. JAMES DONATO<br>United States District Judge |

STIP. ORD. CONTINUING HEARING
*TANNER*, CR 19–291 JD

3