1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRISTIAAN HIGHSMITH (CABN 296282)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7368
7       FAX: (415) 436-7027
        christiaan.highsmith@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 19-0291 JD |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE HEARING AND |
| ) | EXCLUDE TIME UNDER THE SPEEDY TRIAL |
| v. ) | ACT FROM FEBRUARY 19, 2020, THROUGH |
| ) | APRIL 15, 2020 AND [PROPOSED] ORDER |
| PAULISHA TANNER, ) | |
| ) | |
| Defendant. ) | |

The above-entitled matter is currently set for trial setting before this Court on Wednesday, February 19, 2020. The parties are close to a resolution, but are not prepared to proceed with that resolution on February 19, 2020. Accordingly, the parties jointly stipulate and move this Court for a continuance of the hearing set before this Court from February 19, 2020, to April 15, 2020, at 10:30 a.m.

Counsel for both parties need additional time to investigate and finalize the resolution, and stipulate that time may be excluded from the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the parties stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED

DATED: February 18, 2020                          Respectfully submitted,

                                                  DAVID L. ANDERSON
                                                  United States Attorney


                                                  ___/s/_____
                                                  CHRISTIAAN HIGHSMITH
                                                  Assistant United States Attorney


Dated: February 18, 2020                          ___/s/_____
                                                  GRAHAM ARCHER
                                                  Assistant Federal Defender
                                                  Attorney for Defendant Paulisha Tanner

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby continues the hearing in this matter scheduled for February 19, 2020, to April 15, 2020. Further, the Court finds that failing to exclude the time from February 19, 2020, through April 15, 2020, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 19, 2020, through April 15, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 19, 2020, through April 15, 2020, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.


DATED: February 28, 2020                          _____
                                                  HON.
                                                  United

*IT IS SO ORDERED*
*Judge James Donato*